IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MEADOWBROOK MEAT COMPANY, INC., and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 12-cv-365-MEF<br>)<br>) (WO – Do Not Publish) |
| HODGES BONDED WAREHOUSE, INC., MONTGOMERY WAREHOUSES, LLC, and PROCESS SERVICE SOLUTIONS, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

Before the Court is the Joint Motion to Amend Uniform Scheduling Order (Doc. #46) filed by Plaintiffs Meadowbrook Meat Company and Travelers Property Casualty Company of America and Defendants Hodges Bonded Warehouse, Inc., Montgomery Warehouses, LLC, and Process Service Solutions, LLC on October 30, 2012. Having considered the foregoing motion, it is hereby ORDERED as follows:

The parties' Joint Motion to Amend Uniform Scheduling Order (Doc. #46) is GRANTED. A new Uniform Scheduling Order will be entered separately.

DONE this the 31st day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE